ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>S. JONES 300 L.P.,<br><br>　　　　Defendant. | Case No.: 2:24-cv-02029 |

## **STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE (SECOND REQUEST)**

Defendant S. JONES 300 L.P., by and through its attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Plaintiff JOHN MEGGS, by and through his attorneys of record, ROBERT P. SPRETNAK, ESQ., of the LAW OFFICES OF ROBERT P. SPRETNAK, and GEORGE W. WICKHORST, III, ESQ., of the law firm of ADAdvocates LLC, hereby stipulate for an extension of time until January 24,

///

///

///

-1-

2025, for Defendant to file its responsive pleading to Plaintiff's Complaint (ECF No. 1).

Dated: December 18th, 2024
**JENNINGS & FULTON, LTD.**

*/s/ Adam R. Fulton, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
*Attorneys for Defendant*

Dated: December 18th, 2024
**ADAdvocates LLC**

*/s/ George W. Wickhorst, III, Esq.*
GEORGE W. WICKHORST, III, ESQ.
(Admitted Pro Hac Vice)
777 Brickell Ave., Ste. 400
Miami, Florida 33131
E-mail: george@adadvocates.org
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _December 18, 2024_____