LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702-454-4900
Fax: 702-938-1055
Email: bob@spretnak.com

ADAdvocates LLC
George W. Wickhorst, III, Esq. (pro hac vice to be filed)
777 Brickell Avenue, Suite 400
Miami, Florida 33131
Telephone: 305-481-9809
Email: george@adadvocates.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>        Plaintiff,<br><br>vs.<br><br>S. JONES 300 L.P.,<br><br>        Defendant. | Case No.: 2:24-cv-02029-GMN-EJY<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

Plaintiff JOHN MEGGS and Defendant S. JONES 300 L.P., by and through their respective counsels of record, participated in the meeting required under Fed. R. Civ. P. 26(f), held on **March 20, 2025.** Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(b), the parties stipulate to the following discovery plan and scheduling order:

1.    The initial disclosures to be made pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by **April 3, 2025**, two weeks after the date that the parties held their initial meeting pursuant to Fed. R. Civ. P. 26(f).

2.    Unless otherwise limited by subsequent stipulations, the parties shall be allowed to conduct discovery to the full extent permitted under the Federal Rules of Civil Procedure.

3.    The attorneys of record in this matter are registered for electronic filing with this

Court.  Any documents electronically filed with this Court are deemed to be sufficiently served on the other party as of the date that the document is electronically filed with this Court.

Pursuant to LR 26-1(b), the parties do hereby additionally stipulate to the following discovery plan and scheduling order:

1.    <u>Discovery Cut-Off Date</u>:  **July 22, 2025**, which is 180 days from January 23, 2025, the date of the filing of Defendant's Answer to Plaintiff's Complaint (ECF No. 14).  Any stipulations or motions to extend the discovery period shall be filed no later than **July 1, 2025**, 21 days prior to the scheduled discovery cut-off, as required by LR 26-4.  Any stipulations or motions to extend any other deadlines set forth below shall be filed no later than 21 days prior to the applicable deadline set forth below.

2.    <u>Amending the Pleadings and Adding Parties</u>:  All motions to amend the pleadings or to add parties shall be filed not later than **April 23, 2025**, 90 days prior to the scheduled close of discovery.

3.    <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>:  Disclosures concerning experts shall be made by **May 23, 2025,** 60 days before the close of discovery.  Disclosures respecting rebuttal experts shall be made by **June 23, 2025**, 30 days after the initial disclosure of experts.

4.    <u>Dispositive Motions</u>:  The date for filing dispositive motions shall be not later than **August 21, 2025**, 30 days after the discovery cut-off date.  In the event that the discovery period is extended from the discovery cut-off date set forth in this Stipulated Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be not later than 30 days from the subsequent discovery cut-off date.

5.    <u>Pretrial Order</u>:  The date for filing the joint pretrial order shall be not later than **September 22, 2025**, 30 days after the date set for filing dispositive motions.  In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

6.    <u>Fed. R. Civ. P. 26(a)(3) Disclosures</u>:  The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

7.    <u>Alternative Dispute Resolution</u>:  The parties certify that they met and conferred about

the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties agree that this matter is appropriate for an early neutral evaluation conference, which has not yet been scheduled by the court.

8. <u>Alternative Forms of Case Disposition</u>: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and to the use of the Short Trial Program (General Order 2013-01). The parties did not agree to consent to trial by magistrate judge or to the use of the Short Trial Program.

9. <u>Electronic Evidence</u>: The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties have agreed to produce electronically-stored evidence in either paper or .pdf format, absent a showing of good cause for such evidence to be produced in native format.

DATED: March 20, 2025.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq. (Bar No. 5135)

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

ADAdvocates LLC

By: George W. Wickhorst, III, Esq.
    (admitted pro hac vice)

777 Brickell Avenue, Suite 400
Miami, Florida 33131

Attorneys for Plaintiff

DATED: March 20, 2025.

LINCOLN, GUSTAFSON & CERCOS, LLP

By: /s/
    Loren S. Young, Esq. (Bar No. 7567)

7670 W. Lake Mead Boulevard, Suite 200
Las Vegas, Nevada 89128

Attorneys for Defendant

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 20, 2025